# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Dorchester, MA    **Category No.** III    **Investigating Agency** ATF

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number: 25-mj-1424-DLC
Search Warrant Case Number: 25-mj-1420-1423-DLC
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Name:** Joshua Morency    **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:**
**Address:** 34 Lawrence Ave, Unit #1 Dorchester, MA 02121
**Birth date (Yr only):** 1997    **SSN (last 4#):** 1246    **Sex:** M    **Race:** _____    **Nationality:** U.S.

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Alexandra Amrhein / Anne Paruti    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/10/2025    **Signature of AUSA:** /s/ Anne Paruti

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Joshua Morency

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | dealing in firearms without a license | One |
| Set 2 | 18 U.S.C. § 922(o) | transfer or possession of a machinegun | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**